PROB 22
Rev.2/68

# TRANSFER OF JURISDICTION

DOCKET NUMBER(Tran.Ct)

99-8154-CR-Zloch

DOCKET NUMBER(Rec.Ct)

04–1001

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Southern/Florida | DIVISION Probation |
|---|---|---|

Darren Sturtevant
737 Mammoth Road
Dracut, MA 01826

NAME OF SENTENCING JUDGE

Honorable William J. Zloch, Chief Judge

| SD/FL PACTS No. 64524 | DATES OF PROBATION SUPERVISED RELEASE | FROM 4/5/02 | TO 4/4/07 |
|---|---|---|---|

OFFENSE
Conspiracy to Commit Mail and Wire Fraud, 18:371

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Massachusetts_ upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_1/15/04_
Date

_William J. [signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _DISTRICT OF_  Massachusetts

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_January 14, 2004_
Effective Date

_William G. Young [signature]_
United States District Judge